JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone:  (702) 960-4050
Facsimile:   (702) 960-4092
Jordan@TheSchnitzerLawFirm.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER MIRICH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.:  : 2:20-cv-01099-JAD-EJY<br><br>**STIPULATION AND ORDER TO REMAND BACK TO CLARK COUNTY DISTRICT COURT**<br><br>ECF No. 7 |

Plaintiff, Heather Mirich by and through her counsel THE SCHNITZER LAW FIRM, and Defendant, Costco Wholesale Corporation by and through their counsel of record OLSON CANNON GORMLEY & STOBERSKI, hereby stipulate that this matter should and shall be remanded to Clark County District Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED this 14 day of July 2020.

                                                                    THE SCHNITZER LAW FIRM

                                                                    By:   /s/ Jordan P. Schnitzer, Esq.
                                                                         JORDAN P. SCHNITZER, ESQ.
                                                                         Nevada Bar No. 10744
                                                                         9205 W. Russell Road, Suite 240
                                                                         Las Vegas, Nevada 89148
                                                                         *Attorney for Plaintiff, Heather Mirich*

1

DATED this __14__ day of July 2020.

OLSON CANNON GORMLEY & STOBERSKI

By: /s/ Michael A. Frederico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorney for Defendant, Costco Wholesale Corporation*

## ORDER

Based on the parties' stipulation **[ECF No. 7]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS REMANDED back to The Eighth Judicial District Court for Clark County Nevada, Case No. A-20-814500-C.** The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
United States District Judge

2